E-filing

1  Sean M. Sherlock (#161627)
   Elizabeth M. Weldon (#223452)
2  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
3  Costa Mesa, California 92626-7689
   Telephone: (714) 427-7000
4  Facsimile: (714) 427-7799
   eweldon@swlaw.com
5
   Attorneys for Plaintiff
6  Advantage Battery Corp., Inc.



FILED
APR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

7

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11  ADVANTAGE BATTERY CORP.,          CASE NO. C08-01827
    INC.,
12
                 Plaintiff,           **Certification of Interested
13                                    Entities or Persons**
    vs.
14
    STEELSCAPE, INC.,
15
                 Defendant.
16

17

18       Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16,

19  the undersigned certifies that the following listed persons, associations of persons,

20  firms, partnerships, corporations (including parent corporations) or other entities

21  that (i) have a financial interest in the subject matter in controversy or in a party to

22  the proceeding, or (ii) have a non-financial interest in that subject matter or in a

23  party that could be substantially affected by the outcome of this proceeding:

24       1.   Plaintiff or Plaintiff Related Entities:

25       Party                           Connection and Interest

26       Advantage Battery Corp., Inc.   Plaintiff, financial interest.

27

28
                                        Certification of Interested Entities or Persons
    8689542.1

| | |
|---|---|
| Verzatec S.A.B. de C.V. | Parent company of plaintiff Advantage Battery Corp., Inc., financial interest. Parent company is a publicly traded company in Mexico. |

2. <u>Defendant or Defendant Related Entities</u>:

| <u>Party</u> | <u>Connection</u> |
|---|---|
| Steelscape, Inc. | Defendant, financial interest. |
| BlueScope Steel North America Corporation | Plaintiff is informed and believes that this entity is the parent company of defendant Steelscape, Inc., financial interest |

Dated: April 4, 2008

SNELL & WILMER L.L.P.

By: /s/ Sean M. Sherlock
Sean M. Sherlock
Elizabeth M. Weldon
Attorneys for Plaintiff Advantage Battery Corp., Inc.