AO 440 (Rev. 03/08) Civil Summons

E-filing

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| Advantage Battery Corp., Inc. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Steelscape, Inc. | ) **C08-01827** |
| Defendant | ) |

ADR

BZ

**Summons in a Civil Action**

To: Steelscape, Inc.
*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Sean M. Sherlock (#161627)/ Elizabeth M. Weldon (#223452)
Snell & Wilmer L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California  92626-7689    Tel: 714.427.7000 Fax: 714.427.7799

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: APR - 4 2008

Richard W. Wieking
Name of clerk of court
CYNTHIA LENAHAN
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*




AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .


Date: _____

                                                              Server's signature

                                                              Printed name and title

                                                              Server's address