Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANTAGE BATTERY CORP., INC., <br><br> Plaintiff, <br><br> vs. <br><br> STEELSCAPE, INC., <br><br> Defendant. | CASE NO. C08-01827-BZ <br> Hon. Mag. Bernard Zimmerman, Ctrm. 15 <br><br> **(Proposed)** <br><br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

James D. Kilroy, an active member in good standing of the bar of the State of Colorado, whose business address and telephone number is: 1200 Seventeenth Street, Suite 1900, Denver, Colorado 80202; Telephone: 303-634-2000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff Advantage Battery Corporation, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with

1  co-counsel designated in the application will constitute notice to the party. All
2  future filings in this action are subject to the requirements contained in General
3  Order No. 45, *Electronic Case Filing.*

5  Dated: _____, 2008

   _____
   United States Magistrate Judge
   Bernard Zimmerman

10 8723412

*Advantage Battery v. Steelscape, Inc.*
*USDC, Northern, Case No. C-08-01827 BZ*

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

On April 21, 2008, I served, in the manner indicated below, the foregoing document described as **Order Granting Application for Admission of Attorney Pro Hac Vice [James D. Kilroy]** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

> Ivan Castro, Agent for Service
>   for Steelscape, Inc.
> 11200 Arrow Route Road
> Rancho Cucamonga, CA  91730

[x] BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

[ ] BY FACSIMILE: (C.C.P. § 1013(e)(f)).

[ ] BY OVERNIGHT DELIVERY: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

[ ] BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 21, 2008, at Costa Mesa, California.

*Diane Williams*
Diane Williams