Timothy G. O'Neill
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202
Telephone: (303) 634-2000
Facsimile: (303) 634-2020
toneill@swlaw.com

Attorneys for Plaintiff
Advantage Battery Corp., Inc.

FILED

08 APR 22 PM 2: 29

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANTAGE BATTERY CORP., INC., <br><br> Plaintiff, <br><br> vs. <br><br> STEELSCAPE, INC., <br><br> Defendant. | CASE NO. C 08-01827-BZ <br> Hon. Mag. Bernard Zimmerman, Ctrm 15 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Timothy G. O'Neill, an active member in good standing of the bar of the State of Colorado, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing plaintiff Advantage Battery Corporation, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing

and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

>Elizabeth M. Weldon
>Snell & Wilmer L.L.P.
>600 Anton Blvd., Suite 1400
>Costa Mesa, California 92626-7689
>Telephone: (714) 427-7000
>Facsimile: (714) 427-7799

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 21, 2008                    SNELL & WILMER L.L.P.

By: _____
Timothy G. O'Neill
Snell & Wilmer L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202

8717040

*Advantage Battery v. Steelscape, Inc.*
USDC, Northern, Case No. C-08-01827 BZ

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

On April 21, 2008, I served, in the manner indicated below, the foregoing document described as **Application for Admission of Attorney Pro Hac Vice [TimothyG. O'Neill]** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

    Ivan Castro, Agent for Service
      for Steelscape, Inc.
    11200 Arrow Route Road
    Rancho Cucamonga, CA 91730

[x] **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

[ ] **BY FACSIMILE:** (C.C.P. § 1013(e)(f)).

[ ] **BY OVERNIGHT DELIVERY:** I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

[ ] **BY PERSONAL SERVICE:** I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 21, 2008, at Costa Mesa, California.

                                                         /s/ Diane Williams