Sean M. Sherlock (#161627)
Elizabeth M. Weldon (#223452)
Snell & Wilmer L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Tel: 714.427.7000   Fax: 714.427.7799

Attorneys for Plaintiff
Advantage Battery Corp., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTAGE BATTERY CORP., INC.<br><br>Plaintiff(s),<br><br>v.<br><br>STEELSCAPE, INC.<br><br>Defendant(s). | No. C 08-01827 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 2, 2008

Elizabeth M. Weldon

_____
Signature

Counsel for  Plaintiff Advantage Battery Corp., Inc.
(Plaintiff, Defendant, or indicate "pro se")

NDC-06

*Advantage Battery v. Steelscape, Inc.*
USDC, Northern, Case No. C-08-01827 BZ

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

On May 2, 2008, I served, in the manner indicated below, the foregoing document described as **Declination to Proceed Before A Magistrate Judge and Request for Reassignment to a United States District Judge** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

Ivan Castro, Agent for Service
  for Steelscape, Inc.
11200 Arrow Route Road
Rancho Cucamonga, CA 91730

[X] BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

[ ] BY FACSIMILE: (C.C.P. § 1013(e)(f)).

[ ] BY OVERNIGHT DELIVERY: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

[ ] BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 2, 2008, at Costa Mesa, California.

*Diane Williams*

8741449.1