| | |
|---|---|
| *Attorney or Party without Attorney:*<br>SEAN M. SHERLOCK, ESQ., Bar #161627<br>SNELL & WILMER, L.L.P.<br>600 ANTON BLVD.<br>SUITE 1400<br>COSTA MESA, CA 92626<br>*Telephone No:* 714-427-7000<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* ADVANTAGE BATTERY CORP.
*Defendant:* STEELSCAPE, INC.

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C08-01827 BZ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To United States District Judge; Ecf Registration Information Handout ; Standing Order For All Judges Of The Northern District Of California; Contents Of Joint Case Management Statement

3. a. *Party served:* Steelscape, Inc.
   b. *Person served:* Ivan Castro, agent authorized to accept service of process, SERVED UNDER F.R.C.P. 4(h)(1) and C.C.P. 415.20(a)

4. *Address where the party was served:* 11200 Arrow Route Road
   RANCHO CUCAMONGA, CA 91730

5. *I served the party:*
   b. **by substituted service.** On: Tue., Apr. 08, 2008 at: 4:12PM by leaving the copies with or in the presence of:
   Brenda Eubank, Human Recources, authorized to accept service of process
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: Steelscape, Inc.
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TRENT MACKIE
   
   **First Legal Support Services** sm
   ATTORNEY SERVICES
   3600 LIME STREET, SUITE 626
   Riverside, CA 92501
   (951) 779-1110, FAX (951) 779-0100

   d. **The Fee** for Service was: $127.05
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 534
      (iii) County: San Bernardino

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Apr. 11, 2008

   *(signature)* (TRENT MACKIE)

Judicial Council Form POS-010    PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL    1858334;kc.seash.125693

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SEAN M. SHERLOCK, ESQ., Bar #161627<br>SNELL & WILMER, L.L.P.<br>600 ANTON BLVD.<br>SUITE 1400<br>COSTA MESA, CA 92626 | | |
| Telephone No: 714-427-7000      FAX No: | | |
| | Ref. No or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: <br>United States District Court, Northern District Of California | | |
| Plaintiff: ADVANTAGE BATTERY CORP. | | |
| Defendant: STEELSCAPE, INC. | | |

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-01827 BZ |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Action; Complaint; Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To United States District Judge; Ecf Registration Information Handout ; Standing Order For All Judges Of The Northern District Of California; Contents Of Joint Case Management Statement

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Wed., Apr. 09, 2008
   b. Place of Mailing:        SANTA ANA, CA 92701
   c. Addressed as follows:    Steelscape, Inc.
                               11200 Arrow Route Road
                               RANCHO CUCAMONGA, CA 91730

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Apr. 09, 2008 in the ordinary course of business.

5. *Person Serving:*                                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. OMAR MURILLO                                 d. *The Fee* for Service was:   $127.05
   b. FIRST LEGAL SUPPORT SERVICES                 e. I am: (3) registered California process server
      301 CIVIC CENTER DRIVE WEST                     (i)   Owner
      SANTA ANA, CA 92701                             (ii)  Registration No.:     1754
   c. (714) 541-1110                                  (iii) County:               Orange

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Apr. 11, 2008

   Judicial Council Form POS-010                    PROOF OF SERVICE                    OMAR MURILLO
   Rule 982.9.(a)&(b) Rev January 1, 2007               By Mail                         1858334:kc.seash.125693