| Attorney or Party without Attorney: <br> SEAN M. SHERLOCK, ESQ., Bar #161627 <br> SNELL & WILMER, L.L.P. <br> 600 ANTON BLVD. <br> SUITE 1400 <br> COSTA MESA, CA 92626 <br> Telephone No: 714-427-7000 <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: ADVANTAGE BATTERY CORP., INC.
Defendant: STEELSCAPE, INC.

| PROOF OF SERVICE SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number: CV08-01827 MMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Civil Cover Sheet; Complaint; Certificate Of Interested Entities Or Persons; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To U.S. District Judge (Blank Form); Consent To Proceed Before A U.S. Magistrate Judge (Blank Form); Ecf Registration Information Handout; Notice Of Assignment Of Case To A U.S. Magistrate Judge For Trial; Order Setting Initial Case Management Conference And Adr Deadlines; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To U.S. District Judge; Notice Of Impending Reassignment To A United States District Court Judge; Reassignment Order (To Hon. Maxine M. Chesney); Case Management Conference Order Dated 5/20/08; Standing Orders For Civil Cases Assigned To The Honorable Maxine M. Chesney; Reassignment Order

3. a. Party served: Steelscape, Inc.
   b. Person served: JUAN DE PABLO, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT.

4. Address where the party was served: 818 W. 7th Street
   2nd Floor
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 10, 2008 (2) at: 2:50PM

7. **Person Who Served Papers:** Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST
   b. **FIRST LEGAL SUPPORT SERVICES**
   1511 W. BEVERY BLVD.
   LOS ANGELES, CA 90071
   c. 213-250-1111
   d. *The Fee for Service was:* $282.15
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 5141
      (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Thu, Jun. 12, 2008

(DOUG FORREST)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMS IN CIV. ACTION

1881707;gg.seash.139134