1  Timothy G. O'Neill (admitted *pro hac vice*)
2  James D. Kilroy (admitted *pro hac vice*)
   SNELL & WILMER L.L.P.
   1200 Seventeeth Street, Suite 1950
3  Denver, Colorado 80202
   Telephone: (303) 634-2000
4  Facsimile: (303) 634-2020
   jkilroy@swlaw.com
5
   Sean M. Sherlock (#161627)
6  Elizabeth M. Weldon (#223452)
   SNELL & WILMER L.L.P.
7  600 Anton Boulevard, Suite 1400
   Costa Mesa, California 92626-7689
8  Telephone: (714) 427-7000
   Facsimile: (714) 427-7799
9  eweldon@swlaw.com

10  Attorneys for Plaintiff
    Advantage Battery Corp., Inc.

11

12              UNITED STATES DISTRICT COURT

13  NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14

15  ADVANTAGE BATTERY CORP.,          CASE NO. C08-01827 MMC
    INC.,                             Hon. Maxine M. Chesney, Ctrm. 7
16
                     Plaintiff,       **Stipulation and Request to Extend
17                                     Time to Respond to Complaint, to
    vs.                                Submit Joint Case Management
18                                     Statement, and to Continue Case
    STEELSCAPE, INC.,                  Management Conference**
19
                     Defendant.       **[Filed With Proposed Order and
20                                     Declaration of Elizabeth M. Weldon]**

21                                    Complaint Filed: April 4, 2008
                                      Trial Date: No Date Set
22

23

24      Plaintiff, Advantage Battery Corp., Inc. ("Advantage Battery") and

25  Defendant, Steelscape, Inc. ("Steelscape")(collectively the "Parties") hereby

26  stipulate and agree as follows through their attorneys of record. This stipulation is

27  also supported by the concurrently-filed Declaration of Elizabeth M. Weldon In

28  Support of Stipulation and Request to Extend Time to Respond to Complaint, to

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1  Submit Joint Case Management Statement, and to Continue Case Management

2  Conference.:

3    1.    Advantage Battery has filed a complaint against Steelscape.

4    2.    Steelscape was served with the summons and complaint by personal

5  service no later than June 10, 2008.

6    3.    The Parties, as well as a third party, Ternium, an entity that previously

7  owned Steelscape, are engaging in good faith settlement discussions to attempt to

8  resolve this action informally.  The Parties and their principals met in person in

9  Dallas, Texas on July 9, 2008 and have agreed to a further exchange of documents

10  and a follow-up meeting in advance of the response deadline specified below.

11    4.    Accordingly, the Parties desire to extend the time for Steelscape to

12  respond to Advantage Battery's complaint, the time for the Parties to submit their

13  joint case management statement and report under Federal Rule of Civil Procedure

14  26(f), and the case management conference that is currently scheduled for July 18,

15  2008 at 10:30 a.m. in Courtroom Number 7.

16    5.    Steelscape's time to respond to the complaint has not previously been

17  extended.  The Parties have not modified any deadlines in this action previously.

18  The date of the case management conference was changed by court order because

19  this case was reassigned to Judge Maxine M. Chesney prior to the date initially set

20  for a case management conference.

21    6.    This Stipulation is not intended for the purpose of delay and the parties

22  believe that this extension will be in the interests of the litigants, justice, and

23  judicial economy.

24    7.    The purpose of this Stipulation is to allow the Parties to attempt to

25  negotiate an informal resolution of this action early in the litigation process.

26    8.    In the interests of justice, the Parties stipulate to the following and

27  request that the court approve the following:

28

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1          (a)     the time for Steelscape to respond to the complaint should be

2    extended until and including August 6, 2008;

3          (b)     the Parties should submit their joint case management statement

4    and report under Federal Rule of Civil Procedure 26(f) no later than August 11,

5    2008;

6          (c)     the case management conference that is currently scheduled for

7    July 18, 2008 at 10:30 a.m. in Courtroom Number 7 should be continued to August

8    22, 2008 at 10:30 a.m. in Courtroom Number 7, or, subject to the court's

9    availability, as soon thereafter as the court may allow.

10

11    Dated: July 11, 2008            SNELL & WILMER L.L.P.

12

13

14                           By: _____
                                Elizabeth M. Weldon

15                                  Attorneys for Plaintiff Advantage

16                                  Battery Corp., Inc.

17    Dated: July __, 2008            VINSON & ELKINS

18

19

20                                  By: _____
                                  Marc Fuller (CA Bar #225462)

21                                  Attorneys for Defendant Steelscape,

22                                  Inc.

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8930203.1

Stip. to Ext. Time to Resp. to Complaint, Submit
Statement, and Continue Case Manage Conference
Case No. C08-01827 MMC

1           (a)    the time for Steelscape to respond to the complaint should be

2    extended until and including August 6, 2008;

3           (b)    the Parties should submit their joint case management statement

4    and report under Federal Rule of Civil Procedure 26(f) no later than August 11,

5    2008;

6           (c)    the case management conference that is currently scheduled for

7    July 18, 2008 at 10:30 a.m. in Courtroom Number 7 should be continued to August

8    22, 2008 at 10:30 a.m. in Courtroom Number 7, or, subject to the court's

9    availability, as soon thereafter as the court may allow.

10

11   Dated: July ___, 2008            SNELL & WILMER L.L.P.

12

13

14   By: _____

15                  Elizabeth M. Weldon

               Attorneys for Plaintiff Advantage

16                  Battery Corp., Inc.

17   Dated: July 11, 2008           VINSON & ELKINS

18

19

20   By: _____

               Marc Fuller (CA Bar #225462)

21                  Attorneys for Defendant Steelscape,

22                  Inc.

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8930203.1

*Advantage Battery v. Steelscape, Inc.*
*US District Court, Northern, Case No. C-08-01827 BZ*

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

On July 11, 2008, I served, in the manner indicated below, the foregoing document described as **Stipulation and Request to Extend Time to Respond to Complaint, to Submit Joint Case Management Statement, and to Continue Case Management Conference** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

Marc Fuller  (CA#225462)              Attorneys for Defendant
Vinson & Elkins                       STEELSCAPE, INC.
2001 Ross Avenue, Suite 3700          Tel:  214.220.7878
Dallas, TX 75021                      Fax:  214.999.7878
                                      jwander@velaw.com

[X] BY REGULAR MAIL:  I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to  (C.C.P. § 1013(a)).

[ ] BY FACSIMILE: (C.C.P. § 1013(e)(f)).

[ ] BY OVERNIGHT DELIVERY:  I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

[ ] BY PERSONAL SERVICE:  I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 11, 2008, at Costa Mesa, California.

_____
Diane Williams

8741449.1

1  **Timothy G. O'Neill** (admitted *pro hac vice*)
   **James D. Kilroy** (admitted *pro hac vice*)
2  **SNELL & WILMER** L.L.P.
   **1200 Seventeeth Street, Suite 1950**
3  **Denver, Colorado 80202**
   **Telephone:  (303) 634-2000**
4  **Facsimile:  (303) 634-2020**
   **jkilroy@swlaw.com**
5
   **Sean M. Sherlock** (#161627)
6  **Elizabeth M. Weldon** (#223452)
   **SNELL & WILMER** L.L.P.
7  **600 Anton Boulevard, Suite 1400**
   **Costa Mesa, California  92626-7689**
8  **Telephone:  (714) 427-7000**
   **Facsimile:  (714) 427-7799**
9  **eweldon@swlaw.com**

10 **Attorneys for Plaintiff**
   **Advantage Battery Corp., Inc.**
11
                **UNITED STATES DISTRICT COURT**
12
13 **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

14
15 ADVANTAGE BATTERY CORP.,            CASE NO. C08-01827 MMC
   INC.,                                Hon. Maxine M. Chesney, Ctrm. 7
16                Plaintiff,            **[Proposed] Order Re Stipulation and**
                                        **Request to Extend Time to Respond to**
17 vs.                                  **Complaint, to Submit Joint Case**
                                        **Management Statement, and to**
18 STEELSCAPE, INC.,                    **Continue Case Management**
                                        **Conference**
19                Defendant.
20                                      Complaint Filed:  April 4, 2008
                                        Trial Date:  No Date Set
21

22      Having considered the Stipulation and Request to Extend Time to Respond to

23 Complaint, to Submit Joint Case Management Statement, and to Continue Case

24 Management Conference, submitted by Plaintiff, Advantage Battery Corp., Inc.

25 ("Advantage Battery") and Defendant, Steelscape, Inc., ("Steelscape")(collectively

26 the "Parties"), and good cause appearing therefore, it is hereby ordered that:

27      1.    the time for Steelscape to respond to the complaint is extended until

28 and including August 6, 2008;

8930622.1                               Order Re Stip. to Ext. Time to Resp. to Complaint,
                                        Submit Stmt., and Continue CMC
                                        Case No. C08-01827 MMC

1        2.    the Parties shall submit their joint case management statement and

2    report under Federal Rule of Civil Procedure 26(f) on or before August 11, 2008;

3        3.    the case management conference that is currently scheduled for July

4    18, 2008 at 10:30 a.m. in Courtroom Number 7 is continued to _____,

5    2008 at 10:30 a.m. in Courtroom Number 7.

6

7    PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9    Date: _____, 2008      _____

10                                 Honorable Maxine M. Chesney

11

12

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8930622.1

- 2 -

Order Re Stip. to Ext. Time to Resp. to Complaint,
Submit Stmt., and Continue CMC
Case No. C08-01827 MMC

*Advantage Battery v. Steelscape, Inc.*
*US District Court, Northern, Case No. C-08-01827 BZ*

## PROOF OF SERVICE

    I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA  92626-7689.

    On July 11, 2008, I served, in the manner indicated below, the foregoing document described as **[Proposed] Order Re Stipulation and Request to Extend Time to Respond to Complaint, to Submit Joint Case Management Statement, and to Continue Case Management Conference** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

| | |
|---|---|
| Marc Fuller  (CA#225462)<br>Vinson & Elkins<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75021 | Attorneys for Defendant<br>STEELSCAPE, INC.<br>Tel:  214.220.7878<br>Fax:  214.999.7878<br>jwander@velaw.com |

[X] BY REGULAR MAIL:  I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to  (C.C.P. § 1013(a)).

[ ] BY FACSIMILE: (C.C.P. § 1013(e)(f)).

[ ] BY OVERNIGHT DELIVERY:  I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

[ ] BY PERSONAL SERVICE:  I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on July 11, 2008, at Costa Mesa, California.

_____
Diane Williams

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8741449.1