Timothy G. O'Neill (admitted *pro hac vice*)
James D. Kilroy (admitted *pro hac vice*)
SNELL & WILMER L.L.P.
1200 Seventeeth Street, Suite 1950
Denver, Colorado 80202
Telephone: (303) 634-2000
Facsimile:  (303) 634-2020
jkilroy@swlaw.com

Sean M. Sherlock (#161627)
Elizabeth M. Weldon (#223452)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: (714) 427-7000
Facsimile:  (714) 427-7799
eweldon@swlaw.com

Attorneys for Plaintiff
Advantage Battery Corp., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANTAGE BATTERY CORP., INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STEELSCAPE, INC.,<br><br>　　　　　Defendant. | CASE NO. C08-01827 MMC<br>Hon. Maxine M. Chesney, Ctrm. 7<br><br>**Declaration of Elizabeth M. Weldon In Support of Stipulation and Request to Extend Time to Respond to Complaint, to Submit Joint Case Management Statement, and to Continue Case Management Conference**<br><br>Complaint Filed: April 4, 2008<br>Trial Date: No Date Set |

I, Elizabeth M. Weldon , declare as follows:

　　1.　I am an attorney licensed to practice law in all courts in the State of California. I am an attorney in the law firm of Snell & Wilmer L.L.P., attorney of record for Plaintiff, Advantage Battery Corp., Inc. ("Advantage Battery"). I am one of the attorneys in the firm responsible for the handling of this matter. Except as

8930705.1

Decl. of E. Weldon ISO Stip. to Ext. Time to Resp.
to Complaint, Submit Statement, and Continue CMC
Case No. C08-01827 MMC

where noted otherwise, I have personal knowledge of the matters set forth herein, and, if called as a witness herein, could competently testify thereto.

2. This declaration is submitted pursuant to Local Rule 6-2 of the above-entitled court.

3. Advantage Battery and Defendant, Steelscape, Inc. ("Steelscape") (collectively the "Parties") are engaging in good faith settlement discussions to attempt to resolve this action informally. The Parties and their principals met in person in Dallas, Texas on July 9, 2008 and have agreed to a further exchange of documents and a follow-up meeting in advance of the response deadline specified below.

4. In the concurrently-filed stipulation, the Parties request that the court approve the following stipulation:

(a) the time for Steelscape to respond to the complaint should be extended until and including August 6, 2008;

(b) the Parties should submit their joint case management statement and report under Federal Rule of Civil Procedure 26(f) no later than August 11, 2008;

(c) the case management conference that is currently scheduled for July 18, 2008 at 10:30 a.m. in Courtroom Number 7 should be continued to August 22, 2008 at 10:30 a.m. in Courtroom Number 7, or, subject to the court's availability, as soon thereafter as the court may allow.

5. The purpose of this Stipulation is to allow the Parties to attempt to negotiate an informal resolution of this action early in the litigation process.

6. This Stipulation is not intended for the purpose of delay and I believe that this extension will be in the interests of the litigants, justice, and judicial economy.

7. Steelscape's time to respond to the complaint has not previously been extended. The Parties have not modified any deadlines in this action previously.

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1  The date of the case management conference was changed by court order because
2  this case was reassigned to Judge Maxine M. Chesney prior to the date initially set
3  for a case management conference.

4      8.    The requested time modifications will only change the time for
5  Steelscape to respond to the complaint, the date for the Parties' joint case
6  management statement and report under Federal Rule of Civil Procedure 26(f), and
7  the date for the case management conference. No other dates have been set in this
8  action.

9      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws
10 of the United States of America that the foregoing is true and correct.

12 Dated: July 11, 2008

_____
Elizabeth M. Weldon

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8930705.1

- 3 -

Decl. of E. Weldon ISO Stip. to Ext. Time to Resp.
to Complaint, Submit Statement, and Continue
CMC

*Advantage Battery v. Steelscape, Inc.*
*US District Court, Northern, Case No. C-08-01827 BZ*

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

On July 11, 2008, I served, in the manner indicated below, the foregoing document described as **Declaration of Elizabeth M. Weldon in Support of Stipulation and Request to Extend Time to Respond to Complaint, to Submit Joint Case Management Statement, and to Continue Case Management Conference** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

| | |
|---|---|
| Marc Fuller (CA#225462) | Attorneys for Defendant |
| Vinson & Elkins | STEELSCAPE, INC. |
| 2001 Ross Avenue, Suite 3700 | Tel:  214.220.7878 |
| Dallas, TX 75021 | Fax:  214.999.7878 |
| | jwander@velaw.com |

[X] **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

[ ] **BY FACSIMILE:** (C.C.P. § 1013(e)(f)).

[ ] **BY OVERNIGHT DELIVERY:** I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

[ ] **BY PERSONAL SERVICE:** I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 11, 2008, at Costa Mesa, California.

*Diane Williams*
Diane Williams

8741449.1