Timothy G. O'Neill (admitted *pro hac vice*)
James D. Kilroy (admitted *pro hac vice*)
SNELL & WILMER L.L.P.
1200 Seventeeth Street, Suite 1950
Denver, Colorado 80202
Telephone: (303) 634-2000
Facsimile:  (303) 634-2020
jkilroy@swlaw.com

Sean M. Sherlock (#161627)
Elizabeth M. Weldon (#223452)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: (714) 427-7000
Facsimile:  (714) 427-7799
eweldon@swlaw.com

Attorneys for Plaintiff
Advantage Battery Corp., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANTAGE BATTERY CORP., INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STEELSCAPE, INC.,<br><br>　　　　Defendant. | CASE NO. C08-01827 MMC<br>Hon. Maxine M. Chesney, Ctrm. 7<br><br>[Proposed] **Order Re Stipulation and Request to Extend Time to Respond to Complaint, to Submit Joint Case Management Statement, and to Continue Case Management Conference**<br><br>Complaint Filed: April 4, 2008<br>Trial Date: No Date Set |

Having considered the Stipulation and Request to Extend Time to Respond to Complaint, to Submit Joint Case Management Statement, and to Continue Case Management Conference, submitted by Plaintiff, Advantage Battery Corp., Inc. ("Advantage Battery") and Defendant, Steelscape, Inc., ("Steelscape")(collectively the "Parties"), and good cause appearing therefore, it is hereby ordered that:

　　1.　　the time for Steelscape to respond to the complaint is extended until and including August 6, 2008;

1   2.   the Parties shall submit their joint case management statement and
2   report under Federal Rule of Civil Procedure 26(f) on or before ~~August 11, 2008~~ August 22, 2008;
3   3.   the case management conference that is currently scheduled for July
4   18, 2008 at 10:30 a.m. in Courtroom Number 7 is continued to ___August 29___,
5   2008 at 10:30 a.m. in Courtroom Number 7.

7   PURSUANT TO STIPULATION, IT IS SO ORDERED.

9   Date: _____July 14_____, 2008         *[signature]*
10                                          Honorable Maxine M. Chesney

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8930622.1

- 2 -

Order Re Stip. to Ext. Time to Resp. to Complaint,
Submit Stmt., and Continue CMC
Case No. C08-01827 MMC