Marc A. Fuller (#225462)
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone : 214.220.7700
Facsimile : 214.999.7776
mfuller@velaw.com

Attorneys for Defendant
Steelscape, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ADVANTAGE BATTERY CORP., INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>STEELSCAPE, INC.,<br><br>                Defendant. | No. C08-01827 MMC<br>Hon. Maxine M. Chesney, Ctrm. 7<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter in controversy or in a party to the proceeding that could be substantially affected by the outcome of this proceeding:

1. **Plaintiff or Plaintiff Related Entities:**

| **Party** | **Connection and Interest** |
|---|---|
| Advantage Battery Corp, Inc. | Plaintiff, financial interest |
| Verzatec S.A.B. de C.V. | Parent company of plaintiff, financial interest |

2. **Defendant or Defendant Related Entities:**

| Party | Connection and Interest |
|---|---|
| Steelscape, Inc. | Defendant, financial interest |
| BlueScope Steel N.A. Corp. | Parent company of defendant, financial interest |

3. **Third-Party or Related Entities:**

| Party | Connection and Interest |
|---|---|
| IMSA Acero S.A. de C.V. | Indemnitor and likely third party defendant, financial interest |
| Ternium S.A. de C.V. | Parent company of IMSA Acero S.A. de C.V., financial interest |

DATED this 6th day of August, 2008.

VINSON & ELKINS L.L.P.

By _____
Marc A. Fuller
Attorneys for Defendant
Steelscape, Inc.

Of Counsel:

John C. Wander (*pro hac vice pending*)
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone : 214.220.7700
Facsimile : 214.999.7776
jwander@velaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 6th day of August, 2008, a true copy of the foregoing pleading was served on each and every attorney of record herein by email and first class mail:

Sean M. Sherlock
Elizabeth M. Weldon
Snell & Wilmer L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626-7689

Timothy G. O'Neill
James D. Kilroy
Snell & Wilmer L.L.P.
1200 Seventeenth Street, Suite 1950
Denver CO, 80202

_____