United States District Court
Northern District of California

1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## Northern District of California

10    Advantage Battery Corp., Inc.,              08-01827 MMC

11                    Plaintiff(s),        **NOTICE RE: NONCOMPLIANCE
                                            WITH COURT ORDER**

12            v.

13    Steelscape, Inc.,

14                    Defendant(s).

15

16        The parties have failed to file an ADR Certification and either a Stipulation and

17    [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18    Conference as required by the Initial Case Management Scheduling Order.  Counsel

19    shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20    matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21    an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

22    **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23    ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24    at www.adr.cand.uscourts.gov.)

25

26        Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27    copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28    (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

Notice Re: Noncompliance With Court Order

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur before the Case Management Conference.

Dated: August 14, 2008

RICHARD W. WIEKING
Clerk
by:    Lisa M. Salvetti

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
08-01827 MMC                              -2-

PROOF OF SERVICE

Case Name:          Advantage Battery Corp., Inc. v. Steelscape, Inc.

Case Number:        08-01827 MMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On August 14, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Elizabeth Martori Weldon
> Snell & Wilmer L.L.P.
> 600 Anton Boulevard
> Suite 1400
> Orange County
> Costa Mesa, CA 92626-7689
> eweldon@swlaw.com
>
> Sean Michael Sherlock
> Snell & Wilmer LLP
> 600 Anton Blvd #1400
> Costa Mesa, CA 92626-7689
> ssherlock@swlaw.com
>
> James Dennis Kilroy
> Snell & Wilmer L.L.P.
> 1200 17th Street
> Suite 1900
> Denver, CO 80202
> jkilroy@swlaw.com

Timothy G. O'Neill
Snell & Wilmer L.L.P.
1200-17th Street
Suite 1900
Denver, CO 80202
toneill@swlaw.com

Marc A. Fuller
Vinson & Elkins L.L.P.
2001 Ross Ave.
Suite 3700
Dallas, TX 75201
mfuller@velaw.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 14, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:     Lisa M. Salvetti

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov