UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Advantage Battery Corp., Inc.

CASE NO. C08-01827 MMC

Plaintiff(s),

v.                                          STIPULATION AND [PROPOSED]

Steelscape, Inc.                            ORDER SELECTING ADR PROCESS

Defendant(s).

_____/

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
       Non-binding Arbitration (ADR L.R. 4)
       Early Neutral Evaluation (ENE)  (ADR L.R. 5)
       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓      Private ADR *(please identify process and provider)* _____
The parties will participate in private mediation, but have not yet selected a provider.

The parties agree to hold the ADR session by:
       the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

   ✓      other requested deadline July 15, 2009 _____

Dated: 8/22/08                              _____
                                            Attorney for Plaintiff

Dated:_____                          _____
                                            Attorney for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Advantage Battery Corp., Inc.

                                        CASE NO.  C08-01827 MMC

                    Plaintiff(s),

          v.                            STIPULATION AND [PROPOSED]
Steelscape, Inc.                        ORDER SELECTING ADR PROCESS

                    Defendant(s).
_____/

          Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

     **Court Processes:**
          Non-binding Arbitration (ADR L.R. 4)
          Early Neutral Evaluation (ENE)   (ADR L.R. 5)
          Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

     **Private Process:**
     ✓     Private ADR *(please identify process and provider)* _____
The parties will participate in private mediation, but have not yet selected a provider.


The parties agree to hold the ADR session by:
          the presumptive deadline *(The deadline is 90 days from the date of the order
          referring the case to an ADR process unless otherwise ordered. )*

     ✓     other requested deadline July 15, 2009 _____


Dated:_____                      _____
                                        Attorney for Plaintiff

Dated: 8/22/08                          *Marc F. Fuller*              ▪.
                                        Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
✓    Private ADR

Deadline for ADR session
90 days from the date of this order.
✓    other   July 15, 2009

IT IS SO ORDERED.


Dated:_____          _____

                                UNITED STATES MAGISTRATE JUDGE