Timothy G. O'Neill (admitted *pro hac vice*)
James D. Kilroy (admitted *pro hac vice*)
SNELL & WILMER L.L.P.
1200 Seventeeth Street, Suite 1950
Denver, Colorado 80202
Telephone: (303) 634-2000
Facsimile:  (303) 634-2020
jkilroy@swlaw.com

Sean M. Sherlock (#161627)
Elizabeth M. Weldon (#223452)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: (714) 427-7000
Facsimile:  (714) 427-7799
eweldon@swlaw.com

Attorneys for Plaintiff
Advantage Battery Corp., Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANTAGE BATTERY CORP., INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STEELSCAPE, INC.,<br><br>　　　　　Defendant. | CASE NO. C08-01827 MMC<br>Hon. Maxine M. Chesney, Ctrm. 7<br><br>**Proof of Service Re Order Re Stipulation and Request to Extend Time to Respond to Complaint, to Submit Joint Case Management Statement, and to Continue Case Management Conference**<br>[Document 19, Filed 7/14/08]<br><br>Complaint Filed: April 4, 2008<br>Trial Date: No Date Set |

1  Timothy G. O'Neill (admitted *pro hac vice*)
   James D. Kilroy (admitted *pro hac vice*)
2  SNELL & WILMER L.L.P.
   1200 Seventeeth Street, Suite 1950
3  Denver, Colorado 80202
   Telephone: (303) 634-2000
4  Facsimile:  (303) 634-2020
   jkilroy@swlaw.com
5
   Sean M. Sherlock (#161627)
6  Elizabeth M. Weldon (#223452)
   SNELL & WILMER L.L.P.
7  600 Anton Boulevard, Suite 1400
   Costa Mesa, California 92626-7689
8  Telephone: (714) 427-7000
   Facsimile:  (714) 427-7799
9  eweldon@swlaw.com

10 Attorneys for Plaintiff
   Advantage Battery Corp., Inc.
11

           UNITED STATES DISTRICT COURT
12
   NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
13

14
   ADVANTAGE BATTERY CORP.,        CASE NO. C08-01827 MMC
15 INC.,                           Hon. Maxine M. Chesney, Ctrm. 7

16            Plaintiff,           [Proposed] Order Re Stipulation and
                                   Request to Extend Time to Respond to
17 vs.                             Complaint, to Submit Joint Case
                                   Management Statement, and to
18 STEELSCAPE, INC.,               Continue Case Management
                                   Conference
19            Defendant.

20                                 Complaint Filed: April 4, 2008
                                   Trial Date: No Date Set
21

22        Having considered the Stipulation and Request to Extend Time to Respond to

23 Complaint, to Submit Joint Case Management Statement, and to Continue Case

24 Management Conference, submitted by Plaintiff, Advantage Battery Corp., Inc.

25 ("Advantage Battery") and Defendant, Steelscape, Inc., ("Steelscape")(collectively

26 the "Parties"), and good cause appearing therefore, it is hereby ordered that:

27      1.    the time for Steelscape to respond to the complaint is extended until

28 and including August 6, 2008;

8930622.1                          Order Re Stip. to Ext. Time to Resp. to Complaint,
                                   Submit Stmt., and Continue CMC
                                   Case No. C08-01827 MMC

1    2.   the Parties shall submit their joint case management statement and
2    report under Federal Rule of Civil Procedure 26(f) on or before ~~August 11, 2008~~; August 22, 2008
3    3.   the case management conference that is currently scheduled for July
4    18, 2008 at 10:30 a.m. in Courtroom Number 7 is continued to ___August 29___,
5    2008 at 10:30 a.m. in Courtroom Number 7.

7    PURSUANT TO STIPULATION, IT IS SO ORDERED.

9    Date: ___July 14___, 2008            _[signature]_
10                                         Honorable Maxine M. Chesney

Snell & Wilmer L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

*Advantage Battery v. Steelscape, Inc.*
*US District Court, Northern, Case No. C-08-01827 MMC*

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

On August 25, 2008, I served, in the manner indicated below, the foregoing document described as **Order Re Stipulation and Request to Extend Time to Respond to Complaint, to Submit Joint Case Management Statement, and to Continue Case Management Conference [Document 19, Filed 7/14/2008]** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

| | |
|---|---|
| Marc Fuller, Esq. (CA #225462)<br>Vinson & Elkins, L.L.P.<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75201 | **Attorneys for Defendant**<br>**STEELSCAPE, INC.**<br>Tel:  214.220.7700<br>Fax:  214.999.7776<br>mfuller@velaw.com |
| John Wander, Esq.<br>Vinson & Elkins<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75021 | **Courtesy Copy** |

[X] BY OVERNIGHT DELIVERY: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 25, 2008, at Costa Mesa, California.

_/s/ Diane Williams_
Diane Williams

8741449.1