J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
LYNNE G. STOCKER (SBN 130333)
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California 94612
Tel.: (510) 287-4160
Fax: (510) 287-4161

Attorneys for Defendant
STEELSCAPE, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANTAGE BATTERY CORP., INC., <br><br> Plaintiff, <br><br> v. <br><br> STEELSCAPE, INC., <br><br> Defendant. | Case No.: C-08-01827 MMC <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorneys appear as co-counsel in the above-entitled action for defendant Steelscape, Inc.

Dated:    August 26, 2008

ANDRADA & ASSOCIATES

By /s/ L.G. Stocker
J. RANDALL ANDRADA
LYNNE G. STOCKER
Attorneys for Defendant
STEELSCAPE, INC.