## CIVIL MINUTES

**Judge MAXINE M. CHESNEY**

E-filing

Date: AUG 29 2008

C- 08 - 1827 -MMC

ADVANTAGE BATTERY CORP. v STEELSCAPE, INC.

Attorneys: JAMES KILROY    J. RANDALL ANDRADA

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**PROCEEDINGS:**    **RULING:**

1. _____  _____
2. _____  _____
3. _____  _____
4. _____  _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference — INITIAL

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 6/19/09.
Meet & Confer by 7/27/09. Joint statement due by 6/19/09.

(✓) ORDER TO BE PREPARED BY:    Plntf___  Deft___  Court ✓

(✓) Referred to ~~Magistrate~~ For: PRIVATE MEDIATION - DEADLINE to complete 6/15/09.
    (✓) By Court
(✓) CASE CONTINUED TO 6/26/09 @ 10:30 for Further Status Conference

Discovery Cut-Off  4/3/09       Expert Discovery Cut-Off  6/5/09

Plntf to Name Experts by 4/24/09    Deft to Name Experts by 5/8/09

P/T Conference Date 9/1/09 @ 3:00   Trial Date 9/14/09 @ 9:00   Set for 10 days
    Type of Trial: (✓) Jury    ( ) Court

Notes: P/∆ to name rebuttal experts by 5/22/09.

(20 min) cc: ADR