**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTAGE BATTERY CORP., INC., | No. C-08-1827 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANT/THIRD-PARTY PLAINTIFF TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| STEELSCAPE, INC., | |
| Defendant. | |
| STEELSCAPE, INC., | |
| Third-Party Plaintiff, | |
| v. | |
| IMSA ACERO, S.A. de C.V., | |
| Third Party Defendant. | |

On September 10, 2008, defendant and third-party plaintiff Steelscape, Inc. ("Steelscape") filed a third-party complaint against Imsa Acero, S.A. de C.V. Steelscape has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also

Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Steelscape is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of its third-party complaint. Steelscape is hereby advised that if it fails in the future to comply with the Court's Standing Order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: September 23, 2008

MAXINE M. CHESNEY
United States District Judge