United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ADVANTAGE BATTERY CORP., INC.,          No. C-08-1827 MMC

12          Plaintiff,                        **ORDER DIRECTING**
                                             **DEFENDANT/THIRD-PARTY PLAINTIFF**
13      v.                                   **TO LODGE CHAMBERS COPIES IN**
                                             **COMPLIANCE WITH GENERAL**
14   STEELSCAPE, INC.,                       **ORDER 45 AND THE COURT'S**
                                             **STANDING ORDERS**
15          Defendant.
     _____/
16
     STEELSCAPE, INC.,
17
            Third-Party Plaintiff,
18
        v.
19
     IMSA ACERO, S.A. de C.V.,
20
            Third Party Defendant.
21   _____/

22
            By order filed September 23, 2008, the Court directed defendant/third-party plaintiff
23
     Steelscape, Inc. ("Steelscape") to lodge chambers copies of its third-party complaint, filed
24
     September 10, 2008, in compliance with General Order 45 and the Court's Standing
25
     Orders.  (See Order filed September 23, 2008.)  To date, Steelscape has failed to submit a
26
     chambers copy of the above-referenced document.
27
            Accordingly, if Steelscape fails to deliver to the Clerk's Office a chambers copy of
28
     such document by October 2, 2008 at 4:00 p.m., the third-party complaint will be

1    STRICKEN.

2         **IT IS SO ORDERED.**

3

4    Dated: October 1, 2008

5                                              MAXINE M. CHESNEY
                                               United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28