

Vinson&Elkins

**John C. Wander**  jwander@velaw.com
Tel 214.220.7878  Fax 214.999.7878

# E-filing

May 20, 2009

Honorable Maxine M. Chesney
United States District Court, Northern California
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

      Re:   *Advantage Battery Corp., Inc. v. Steelscape, Inc.*; No. C08-01827

Dear Judge Chesney:

      Defendant Steelscape, Inc. and Third-Party Defendant IMSA Acero, S.A. de C.V. are engaged in what they anticipate are the last stages of settlement discussions. I am writing today to advise the Court of these developments and to ask on behalf of both parties that the Court stay IMSA Acero's pending Motion to Dismiss for Improper Venue, Lack of Personal Jurisdiction, and Insufficient Service of Process until June 5, in order to allow the parties time to complete their settlement negotiations. By my signature below, I certify to the Court that Veronica Rivas-Molloy and Kevin Cadwell, counsel for IMSA Acero, join me in this request.

                      Respectfully submitted,

                      John C. Wander

JCWA/sd

c:     Veronica Rivas-Molloy
       Kevin Cadwell
       Timothy O'Neill

IT IS SO ORDERED

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE
DATE   **MAY 2 2 2009**

**Vinson & Elkins LLP  Attorneys at Law**
Abu Dhabi  Austin  Beijing  Dallas  Dubai  Hong Kong  Houston
London  Moscow  New York  Shanghai  Tokyo  Washington

Trammell Crow Center, 2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
Tel 214.220.7700  Fax 214.220.7716  www.velaw.com