


Case 3:08-cv-01827-MMC   Document 50   Filed 06/10/09   Page 1 of 1

# BAKER BOTTS LLP

620 HANSEN WAY
PALO ALTO, CALIFORNIA
94304-1014

TEL +1 650.739.7500
FAX +1 650.739.7699
www.bakerbotts.com

AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
NEW YORK
**PALO ALTO**
RIYADH
WASHINGTON

June 9, 2009

Kevin Cadwell
TEL  +1 650.739.7504
FAX +1 650.739.7604
kevin.cadwell@bakerbotts.com

*Via Electronic Filing*

Hon. Maxine M. Chesney
United States District Court, Northern District of California
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

      RE:    *Advantage Battery Corporation, Inc. v. Steelscape, Inc.*, Case No. C-08-01827 in the United States District Court for the Northern District of California, San Francisco Division.

Dear Judge Chesney:

      Defendant Steelscape, Inc. and Third-Party Defendant IMSA Acero, S.A. de C.V. continue to engage in what they anticipate are the last stages of settlement discussions. I am writing today to advise the Court of these developments and to ask on behalf of both parties that the Court further stay IMSA Acero's pending Motion to Dismiss for Improper Venue, Lack of Personal Jurisdiction, and Insufficient Service of Process until June 26, 2009, in order to allow the parties time to complete their settlement negotiations. By my signature below, I certify to the Court that John Wander, counsel for Steelscape, Inc., joins me in this request.

      Respectfully submitted,

      Kevin Cadwell

cc:    Veronica Rivas-Molloy
       John Wander
       Timothy O'Neill

Dated: June 10, 2009



IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


HOU02:1172688.1