1  Kevin Cadwell (#255794)
2  BAKER BOTTS L.L.P.
   620 Hansen Way
3  Palo Alto, CA 94304
   Telephone: 650.739.7504
4  Facsimile:  650.739.7604

5  Attorney for Third-Party Defendant
   IMSA ACERO, S.A. de C.V.
6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

| ADVANTAGE BATTERY CORP., INC., | No. C-08-01827 MMC<br>Hon. Maxine M. Chesney, Ctrm. 7 |
| --- | --- |
| Plaintiff, | |
| vs. | |
| STEELSCAPE, INC., | ~~[Proposed]~~ **Order Re Stipulation and Request to Stay Court's Consideration of Motion to Dismiss, to Extend Time to Submit Joint Case Management Statement, and to Continue Case Management Conference** |
| Defendant. | |
| STEELSCAPE, INC., | |
| Defendant and Third-Party Plaintiff, | |
| vs. | |
| IMSA ACERO, S.A. de C.V., | Complaint Filed:  April 4, 2008<br>Trial Date:  September 14, 2009 |
| Third-Party Defendant. | |

Having considered the Stipulation and Request to Stay Court's Consideration of Motion to Dismiss, Extend Time to Submit Joint Case Management Statement, and to Continue Case Management Conference, submitted by Plaintiff Advantage Battery Corp., Inc. ("Advantage Battery"), Defendant/Third-Party Plaintiff Steelscape, Inc. ("Steelscape), and Third-Party

HOU03:1206511.1                    -1-      ORDER OF STIPULATION

Defendant IMSA Acero S.A. de C.V. ("IMSA") (collectively, the "Parties"), and good cause appearing therefore, it is hereby ORDERED that:

 1. The Court's consideration of IMSA's Motion to Dismiss will be stayed until July 31, 2009;

 2. The Parties shall submit their Joint Case Management Statement on or before August 14, 2009; and

 3. The Case Management Conference currently scheduled for June 26, 2009 at 10:30 am in Courtroom Number 7 is continued to August 21, 2009 at 10:30 am in Courtroom Number 7.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: June 24, 2009

Hon. Maxine M. Chesney