1  | **Marc A. Fuller (#225462)**
   | **VINSON & ELKINS**
2  | **2001 Ross Avenue, Suite 3700**
   | **Dallas, TX 75201-2975**
3  | **Telephone:   (214) 220 -7700**
   | **Facsimile:    (214) 220-7716**
4  | **mfuller@velaw.com**
   | **Attorneys for Defendant and Third-Party Plaintiff**
5  | **STEELSCAPE, INC.**

6  | **Kevin Cadwell (#255794)**
   | **BAKER BOTTS L.L.P.**
7  | **620 Hansen Way**
   | **Palo Alto, CA 94304**
8  | **Telephone:   (650) 739-7504**
   | **Facsimile:    (650) 739-7604**
9  | **kevin.cadwell@bakerbotts.com**
   | **Attorneys for Third-Party Defendant**
10 | **IMSA ACERO, S.A. de C.V.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANTAGE BATTERY CORP., INC., | CASE NO. C08-01827 MMC |
|  | Hon. Maxine M. Chesney, |
| Plaintiff, | Ctrm. 7 |
| vs. | ~~[Proposed]~~ **Order Re Request to Continue Case Management Conference and Pretrial and Trial Dates** |
| STEELSCAPE, INC., |  |
| Defendant. |  |
|  | Complaint Filed: April 4, 2008 |
| STEELSCAPE, INC., | Trial Date: September 14, 2009 |
| Defendant and Third-Party Plaintiff, |  |
| vs. |  |
| IMSA ACERO, S.A. de C.V., |  |
| Third-Party Defendant. |  |

Having considered the Notice of Settlement of Third-Party Claims and Request to Continue Case Management Conference and Pretrial and Trial Dates submitted by defendant and third-party plaintiff Steelscape, Inc. ("Steelscape"), and third-party defendant IMSA Acero S.A. de C.V. ("IMSA"), and good cause appearing therefore, it is hereby ordered that:

1.  the Case Management Conference, currently scheduled for August 21, 2009 at 10:30 a.m. in Courtroom 7, is continued to  October 30    , 2009 at 10:30 a.m.    in Courtroom Number 7;

2.  a Joint Case Management Statement shall be filed one week before the further Case Management Conference;

3.  all pre-trial deadlines and trial deadlines shall be suspended for further discussion at the further Case Management Conference, if necessary.

PURSUANT TO REQUEST, IT IS SO ORDERED.

Date:  August 20    , 2009                          _____
                                                                    Honorable Maxine M. Chesney