IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTAGE BATTERY CORP., INC., | No. C 08-1827 MMC |
| Plaintiff, | |
| v. | **ORDER DEEMING MOTION WITHDRAWN** |
| STEELSCAPE, INC., et al., | |
| Defendants / | |

In light of the parties' representations to the Court with respect to their anticipated settlement of the above-titled action, third-party defendant IMSA Acero S.A. de C.V.'s ("IMSA") Motion to Dismiss, filed January 30, 2009, is hereby deemed withdrawn, without prejudice to IMSA's renoticing said motion if the parties fail to reach a settlement.

**IT IS SO ORDERED.**

Dated: October 30, 2009

_____
MAXINE M. CHESNEY
United States District Judge