Kevin Cadwell (#255794)
BAKER BOTTS L.L.P.
620 Hansen Way
Palo Alto, CA 94304
Telephone: 650.739.7504
Facsimile:  650.739.7604
kevin.cadwell@bakerbotts.com

Attorneys for Third-Party Defendant
IMSA ACERO, S.A. de C.V.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANTAGE BATTERY CORP., INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STEELSCAPE, INC.,<br><br>　　　　　Defendant.<br><br>STEELSCAPE, INC.,<br><br>　　　　　Defendant and Third-Party Plaintiff,<br><br>vs.<br><br>IMSA ACERO, S.A. de C.V.,<br><br>　　　　　Third-Party Defendant. | No. C-08-01827 MMC<br>Hon. Maxine M. Chesney, Ctrm. 7<br><br><br><br><br>ORDER GRANTING<br>**THIRD-PARTY DEFENDANT IMSA ACERO, S.A. DE C.V.'S REQUEST TO PARTICIPATE IN OCTOBER 30, 2009 CASE MANAGEMENT CONFERENCE VIA TELECONFERENCE**<br><br>Complaint Filed: April 4, 2008<br>Trial Date:  September 14, 2009 |

Pursuant to Local Rule 16-10(a), Third-Party Defendant IMSA Acero S.A. de C.V. ("IMSA Acero") hereby files this request to participate in this Court's October 30, 2009, case management conference hearing via teleconference.  As the Court is aware, the parties have been negotiating over the past several months in an effort to resolve this matter without the need for additional litigation.  To that end, the parties are close to reaching a settlement agreement and

1
2
3
4   hope to finalize the agreement in the coming weeks. In light of the parties' settlement discussions and in order to reduce litigation expenses, IMSA Acero respectfully requests approval to participate in the Court's case management conference via teleconference.

5   DATED: October 29, 2009                    BAKER BOTTS L.L.P.

6
7                                              */s/ Kevin E. Cadwell*
                                               Kevin E. Cadwell (#255794)
8
                                               ATTORNEYS FOR THIRD-PARTY
9                                              DEFENDANT IMSA ACERO S.A. de C.V.

10
11                          **CERTIFICATE OF SERVICE**

12      I certify that on October 29, 2009, all counsel of record were served with a copy of this
13  document either: (1) by the Court's Electronic Filing System, pursuant to Local Rule 5-4 and 5-
14  6(a), if they have consented to electronic service, or (2) by electronic mail, pursuant to FRCP
15  5(b)(2)(D), if they have not so consented.

16
17                                             /s/  Kevin E. Cadwell

18
19                                             Dated:  November 2, 2009



20
21
22
23
24
25
26
27
28

HOU02:1177802.1                  - 2 -             IMSA ACERO'S REQUEST FOR TELECONFERENCE
                                                   CASE NO. C-08-01827 MMC