Kevin Cadwell (#255794)
BAKER BOTTS L.L.P.
620 Hansen Way
Palo Alto, CA 94304
Telephone: 650.739.7504
Facsimile:  650.739.7604

Attorney for Third-Party Defendant
IMSA ACERO, S.A. de C.V.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANTAGE BATTERY CORP., INC.,<br><br>      Plaintiff,<br><br>vs.<br><br>STEELSCAPE, INC.,<br><br>      Defendant. | No. C-08-01827 MMC<br>Hon. Maxine M. Chesney, Ctrm. 7<br><br><br><br>[Proposed] **Order Re Stipulation of Dismissal With Prejudice** |
| STEELSCAPE, INC.,<br><br>      Defendant and Third-Party Plaintiff,<br><br>vs.<br><br>IMSA ACERO, S.A. de C.V.,<br><br>      Third-Party Defendant. | Complaint Filed:  April 4, 2008<br>Trial Date:  September 14, 2009<br>(Case Management Conference: January 8, 2010) |

      Having considered the Stipulation of Dismissal with Prejudice submitted by Defendant/Third-Party Plaintiff Steelscape, Inc. ("Steelscape) and Third-Party Defendant IMSA Acero S.A. de C.V. ("IMSA Acero"), and good cause appearing therefore, it is hereby ORDERED that the Third-Party Complaint filed by Steelscape against IMSA Acero shall be

No. C-08-01827 MMC       -1-      ORDER OF STIPULATION

1   DISMISSED WITH PREJUDICE.  Each party shall bear its own costs and attorneys' fees.

2   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4   Date: _____ December 21 __, 20 09        _____
5                                              Hon. Maxine M. Chesney

No. C-08-01827 MMC                     -2-    ORDER OF STIPULATION