1 **Timothy G. O'Neill (admitted *pro hac vice*)**
**James D. Kilroy (admitted *pro hac vice*)**
2 **SNELL & WILMER** L.L.P.
**1200 Seventeeth Street, Suite 1950**
3 **Denver, Colorado 80202**
**Telephone:   (303) 634-2000**
4 **Facsimile:   (303) 634-2020**
**jkilroy@swlaw.com**
5
**Sean M. Sherlock (#161627)**
6 **Elizabeth M. Weldon (#223452)**
**SNELL & WILMER** L.L.P.
7 **600 Anton Boulevard, Suite 1400**
**Costa Mesa, California  92626-7689**
8 **Telephone:   (714) 427-7000**
**Facsimile:   (714) 427-7799**
9 **eweldon@swlaw.com**

10 **Attorneys for Plaintiff**
**Advantage Battery Corp., Inc.**
11

12 **UNITED STATES DISTRICT COURT**

13 **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

14 | ADVANTAGE BATTERY CORP., INC., | CASE NO. C08-01827 MMC |
Hon. Maxine M. Chesney, Ctrm. 7

15              Plaintiff,

vs.                                      ~~[Proposed]~~ **Order Re Stipulation of**
16                                      **Dismissal With Prejudice**

STEELSCAPE, INC.,                        Complaint Filed:  April 4, 2008
17                                      Trial Date:  September 14, 2009
              Defendant.                 (Case Management Conference:
18                                           January 8, 2010)

19

20 AND RELATED THIRD PARTY ACTION.

21

22        Having considered the Stipulation of Dismissal with Prejudice submitted by

23 Plaintiff Advantage Battery Corp., Inc. ("Advantage Battery") and Defendant Steelscape,

24 Inc. ("Steelscape"), and good cause appearing therefor, it is hereby ORDERED that the

25 Complaint in this matter be DISMISSED WITH PREJUDICE, each party to bear its own

26 costs and attorneys' fees.
        PURSUANT TO STIPULATION, IT IS SO ORDERED.

27
    Date:  _____December 29 _, 20<u>09</u>       _____
28                                               Hon. Maxine M. Chesney
                                                 [Proposed] Order re Stipulation of Dismissal
    11022410.1                                                        with Prejudice

**Snell & Wilmer**
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000